UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PLOWDEN, JR., | No. 2:14-cv-1233 JAM CKD PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SACRAMENTO COUNTY WASTE AND RECYCLE, | |
| Defendant. | |

     Plaintiff is proceeding pro se. Plaintiff has filed an in forma pauperis affidavit in which he states that he receives $2500 monthly from disability and pensions payments and that he received a $10,000 inheritance within the past twelve months.

     Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a). The amount of plaintiff's income shows that plaintiff is able to pay the filing fee and costs. Thus, plaintiff has made an inadequate showing of indigency. See <u>Alexander v. Carson Adult High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993); <u>California Men's Colony v. Rowland</u>, 939 F.2d 854, 858 (9th

1 Cir. 1991); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994).  Plaintiff will therefore
2 be granted fourteen days in which to submit the appropriate fees to the Clerk of the Court.
3 Plaintiff is cautioned that failure to pay the filing and general administrative fees in the amount of
4 $400 will result in a recommendation that the application to proceed in forma pauperis be denied
5 and the instant action be dismissed without prejudice.

6 Dated:  June 4, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

11 4 plowden.den