UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PLOWDEN, JR., | No. 2:14-cv-1233 JAM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY WASTE AND RECYCLE, | |
| Defendant. | |

This matter came on for status conference on November 19, 2014. Plaintiff appeared in propria persona. No appearance was made for defendant. Upon review of the docket and the status report, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Plaintiff has failed to timely serve summons in this matter. Plaintiff is granted an extension of time through December 19, 2014 to complete service of process in compliance with Federal Rule of Civil Procedure 4 and California Code of Civil Procedure §416.50(a) and to file the requisite certificate of service under Federal Rule of Civil Procedure 4(l). Plaintiff is cautioned that failure to properly serve defendant within that time frame will result in a recommendation that the case be dismissed.

/////

1

2.  A further status conference will be set as necessary.

Dated:  November 20, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 plowden.oas