1

2

3

4

5

6

7

8                                        UNITED STATES DISTRICT COURT

9                                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROBERT PLOWDEN, JR.,                          No.  2:14-cv-1233 JAM CKD PS

12                        Plaintiff,

13          v.                                        ORDER

14    SACRAMENTO COUNTY WASTE AND
      RECYCLE,
15
                          Defendant.
16

17

18          This action was referred to the undersigned pursuant to Local Rule 302(c)(21).

19    Calendared for hearing on February 18, 2015 is defendant's motion to dismiss.  No opposition to

20    the motion has been filed.

21          Local Rule 230(c) provides that opposition to the granting of a motion must be filed

22    fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party will

23    be entitled to be heard in opposition to a motion at oral arguments if written opposition to the

24    motion has not been timely filed by that party."  In addition, Local Rule 230(i) provides that

25    failure to appear may be deemed withdrawal of opposition to the motion or may result in

26    sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be

27    grounds for imposition of any and all sanctions authorized by statute or Rule or within the

28    inherent power of the Court."

                                                     1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  The hearing date of February 18, 2015 is vacated.  Hearing on defendant's motion is

3 continued to March 11, 2015 at 10:00 a.m. in courtroom no. 24.

4    2.  Plaintiff shall file opposition, if any, to the motion no later than February 18, 2015.

5 Failure to file opposition will be deemed as a statement of non-opposition and shall result in

6 submission of the motion on the papers and a recommendation that the motion be granted.

7    3.  Reply, if any, shall be filed no later than February 25, 2015.

8 Dated:  February 5, 2015

9 _____
CAROLYN K. DELANEY

10 UNITED STATES MAGISTRATE JUDGE

11

12 4 plowden.nop.con

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2