UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PLOWDEN, JR., | No. 2:14-cv-1233 JAM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY WASTE AND RECYCLE, | |
| Defendant. | |

Plaintiff has filed a proposed substitution of attorney. Good cause appearing, attorney George Jones will be substituted in as counsel for plaintiff.

This matter was initially referred to the magistrate judge for pretrial management because plaintiff was proceeding pro se. See Local Rule 302(c)(21). Because plaintiff is now represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action. The magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

Accordingly, IT IS HEREBY ORDERED that:

1. George Jones, 4321 Auburn Blvd., Sacramento CA 95841 is substituted in as counsel for plaintiff;

2. This matter is referred back to the District Judge assigned to this action;

1

3. All dates pending before the undersigned are vacated; and

4. Henceforth the caption on documents filed in this action shall be
No. 2:14-cv-1233 JAM CKD.

Dated:  June 29, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

plowden1233.ref