1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT PLOWDEN, JR., | No.  2:14-cv-1233 JAM CKD PS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY WASTE AND RECYCLE, | |
| Defendant. | |

Defendant's motion for protective order came on regularly for hearing on October 21, 2015. George Jones appeared for plaintiff. Derek Haynes appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

The motion for protective order (ECF No. 26) is granted in part. The deposition shall be completed at the federal courthouse; counsel shall coordinate with the courtroom deputy of the undersigned regarding a date on which the court will be available to supervise the deposition. Counsel's assistant is allowed to attend the deposition but shall be precluded from making any

/////
/////
/////

1

gestures or speaking out loud at the deposition.  All cell phones shall be turned off for the duration of the deposition.

Dated:  October 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 plowden1233.kc.oah

2