UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. PLOWDEN, JR.,<br><br>        Plaintiff,<br><br>   v.<br><br>SACRAMENTO COUNTY WASTE AND RECYCLE, and DOES 1 through 100, inclusive,<br><br>        Defendants. | No.  2:14-01233-cv-JAM-CKD<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

    Defendant County of Sacramento ("County") moved to dismiss this case on June 1, 2016 (Doc. #33).  Plaintiff's counsel did not oppose the motion.[1]

## I.  OPINION

    Plaintiff Robert Plowden ("Plaintiff") sued the County in May 2014 alleging age discrimination (Doc. #1).  On December 10, 2015, Plaintiff passed away.  See Death Certificate, attached to

---

[1] This motion was determined to be suitable for decision without oral argument.  E.D. Cal. L.R. 230(g).  The hearing was scheduled for July 19, 2016.

Statement of Death (Doc. #32) as Exh. A.  Defendant served Plaintiff's wife and counsel with a Statement of Death on February 2, 2016.  Decl. of Derek Haynes ¶ 3.

Federal Rule of Civil Procedure 25(a)(1) states:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative.  If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

90 days have passed since Defendant served the Statement of Death, and there has been no motion for substitution submitted.  Therefore, this action is dismissed in its entirety.  The clerk of court is directed to close the case.

## II.  ORDER

For the reasons set forth above, the Court GRANTS WITH PREJUDICE Defendant's Motion to Dismiss:

IT IS SO ORDERED.

Dated: July 12, 2016

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE